JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM FERGUSON,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES MARSHALL, WARDEN,<br><br>        Respondent. | No. CV 08-897-RSWL(JCR)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice, the instant Petition for Writ of Habeas Corpus is dismissed without prejudice because the relief sought is not available in a Writ of Habeas Corpus.

DATED: March 12, 2008

RONALD S.W. LEW
_____
RONALD S. W. LEW
Senior United States District Judge

Presented by:

_____
JOHN C. RAYBURN, JR.
United States Magistrate Judge